# United States District Court for the Northern District of Illinois

Case Number: **08-50053**  Assigned/IssuedBy: **Pb**

## FEE INFORMATION

**Amount Due:**  ☐ $350.00  ☒ $39.00  ☐ $5.00
  ☐ IFP  ☐ No Fee  ☐ Other ___

*FILED APR 16 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Paid: _____  Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

1 Original and **0** copies on **4/16/08** (Date) as to **Defendant**

C:\wpwin80\docket\feeinfo.frm  01/01