**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, ) ) ) | |
| Plaintiff ) ) | Case No. 08 C 50053 |
| v. ) ) | |
| KENNETH REISER ) ) | Hon. Frederick J. Kapala |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Webster Bank, National Association ("Webster"), by and through its attorneys, respectfully notifies this Court that it is voluntarily dismissing this case pursuant to Federal Rule of Civil Procedure 41(a). Webster also states as follows:

1. Rule 41(a)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice before the opposing party serves an answer or a motion for summary judgment.

2. To date, the Defendant has not served an answer or a motion for summary judgment.

3. Webster voluntarily dismisses this case pursuant to Rule 41(a)(1).

Dated: June 2, 2008

Daniel Lynch (Ill. Bar No. 6202499)
Lynch & Stern LLP
150 S. Wacker Dr., Suite 2600
Chicago, IL 60606
(312) 442-9480 / (312) 896-5883 (fax)

Respectfully submitted,
Webster Bank, National Association,

 s// *Daniel Lynch* (filed electronically)
By: One of Its Attorneys